Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile:  (702) 463-8401
E-mail:  minfuso@greeneinfusolaw.com
          kbarlow@greeneinfusolaw.com

Attorneys for Defendant
National Consumer Telecom & Utilities Exchange, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY TEXEIRA<br><br>                    Plaintiff,<br><br>v.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; LAC DU FLAMBEAU BAND OF LAKE SUPERIOR CHIPPEWA INDIANS DBA NIIZHWAASWI, LLC DBA LOAN AT LAST; CNU ONLINE HOLDINGS, LLC; ONE MAIN FINANCIAL; DIRECTV, LLC; ATT&T COPR DBA ATT UVERSE; CLARITY SERVICES LLC; BACKGROUNDCHECKS.COM, LLC.<br><br>                    Defendants. | Case No. 2:22-CV-00153-GMN-DJA<br><br>**STIPULATION FOR EXTENSION OF TIME FOR NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC. TO FILE RESPONSE TO COMPLAINT**<br><br>**(First Request)** |

Defendant National Consumer Telecom & Utilities Exchange, Inc. ("Defendant" or "NCTUE"), by and through its counsel of record, the law firm Greene Infuso, LLP, and Plaintiff Timothy Texeira ("Plaintiff" or "Texeira"), by and through his counsel of record, the Freedom Law Firm, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed its Complaint on January 27, 2022;

WHEREAS, Defendant NCTUE was served with the Summons and Complaint on February 2, 2022, making February 23, 2022 its deadline to respond to Plaintiff's Complaint;

WHEREAS, NCTUE and its counsel need additional time to review and investigate Plaintiff's claims in order to prepare a response to the Complaint;

1

WHEREAS, Plaintiff has agreed to give Defendant NCTUE up through and including March 25, 2022 in which to respond to Plaintiff's Complaint;

WHEREAS, there are no other deadlines that are affected by this stipulation that are presently known to the parties; and

WHEREAS, this stipulation is not entered into for any improper purpose or to delay.

THEREFORE, Plaintiff and NCTUE hereby stipulate and agree that NCTUE may have up through March 25, 2022 in which to respond to Plaintiff's Complaint.

| Respectfully Submitted by: | Approved by: |
|---|---|
| **GREENE INFUSO, LLP** | **FREEDOM LAW FIRM** |
| /s/ Michael V. Infuso | /s/ Gerardo Avalos |
| Michael V. Infuso, Esq. | Gerardo Avalos, Esq. |
| Nevada Bar No. 7388 | Nevada Bar No. 15171 |
| Keith W. Barlow, Esq. | 8860 S. Eastern Ave., Suite 350 |
| Nevada Bar No. 12689 | Las Vegas, Nevada 89123 |
| 3030 South Jones Blvd. Suite 101 | |
| Las Vegas, Nevada 89146 | |

**O R D E R**

**IT IS SO ORDERED.**

Dated this 3rd day of February, 2022.

Daniel J. Albregts
United States Magistrate Judge

2