WRIGHT, FINLAY & ZAK, LLP
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendants, DIRECTV, LLC and AT&T Services, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY TEXEIRA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; LAC DU FLAMBEAU BAND OF LAKE SUPERIOR CHIPPEWA INDIANS DBA NIIZHWAASWI, LLC DBA LOAN AT LAST, CNU ONLINE HOLDINGS, LLC, ONE MAIN FINANCIAL, DIRECTV, LLC, AT& T CORP DBA AT&T UVERSE, CLARITY SERVICES LLC, BACKGROUNDCHECKS.COM, LLC,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-00153-GMN-DJA<br><br>**JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

　　　　Plaintiff, Timothy Texeira ("Plaintiff"), and Defendant, DIRECTV, LLC and AT&T Services, Inc. (erroneously sued as "AT&T Corp. dba AT&T uVerse") ("Defendants") (collectively "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

　　　　On January 27, 2022, Plaintiff filed his Complaint [ECF No. 1]. Defendants were served with Plaintiff's Complaint on January 31, 2022. The deadline for Defendants to respond to Plaintiff's Complaint is February 22, 2022. The Parties have discussed extending the deadline for Defendants to respond to Plaintiff's Complaint to allow for better investigation of the allegations and discuss possible resolution of the matter.

　　　　WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Defendants

to file their responsive pleading to Plaintiff's Complaint to March 21, 2022.

This is the first motion for an extension of time for Defendants to file their responsive pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

As part of this motion, Defendants agree to participate in any Rule 26(f) conference that occurs during the pendency of this extension.

DATED this 10th day of February, 2021.

| WRIGHT, FINLAY & ZAK, LLP | FREEDOM LAW FIRM |
|---|---|
| */s/ Ramir M. Hernandez* | */s/ Gerardo Avalos* |
| Ramir M. Hernandez, Esq. | Gerardo Avalos, Esq. |
| Nevada Bar No. 13146 | Nevada Bar No. 15171 |
| 7785 W. Sahara Ave., Suite 200 | 8985 S. Eastern Ave. Suite 350 |
| Las Vegas, NV 89117 | Las Vegas, NV 89123 |
| *Attorneys for Defendants, DIRECTV, LLC and AT&T Services, Inc.* | *Attorneys for Plaintiff, Timothy Texeira* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   February 10, 2022

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I served the foregoing **JOINT MOTION TO EXTEND TIME TO RESOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** on the 10th day of February, 2022, to all parties on the CM/ECF service list.

*/s/ Lisa Cox*
An Employee of WRIGHT, FINLAY & ZAK, LLP