Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
chavezd@ballardspahr.com

*Attorneys for CNU Online Holdings, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Timothy Texeira,<br><br>　　　　Plaintiff,<br><br>v.<br><br>National Consumer Telecom & Utilities Exchange, Inc., Lac du Flambeau Band of Lake Superior Chippewa Indians dba Niizhwaaswi, LLC dba Loan at Last, CNU Online Holdings, LLC, One Main Financial, DirecTV, LLC, AT&T Corp dba AT&T uVerse, Clarity Services LLC, Backgroundchecks.com, LLC,<br><br>　　　　Defendants. | Case No.   2:22-cv-00153-GMN-DJA<br><br>**Stipulation and ~~Proposed~~ Order to Extend Time for CNU Online Holdings, LLC to Respond to Plaintiff's Complaint (First Request)** |

　　　　Defendant CNU Online Holdings, LLC ("CNU") and Plaintiff Timothy Texeira stipulate as follows:

　　　　1.　　The operative deadline for CNU to respond to Texeira's Complaint is March 1, 2022. ECF No. 18.

　　　　2.　　CNU has requested, and Texeira has agreed to, an extension of this deadline up to and including March 22, 2022, to provide additional time for CNU to investigate the allegations in Texeira's Complaint and for the parties to discuss a possible resolution of Texeira's claims.

　　　　3.　　The parties agree that there is good cause for this extension.

4. This is the first request for an extension, and it is made in good faith and not for purposes of delay.

Dated: February 24, 2022.

| | |
|---|---|
| BALLARD SPAHR LLP | FREEDOM LAW FIRM |
| By: /s/ David E. Chavez<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br>(702) 471-7000<br>(702) 471-7070 (fax)<br>tasca@ballardspahr.com<br>chavezd@ballardspahr.com | By: /s/ Gerardo Avalos<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>8985 S. Eastern Ave, Suite 350<br>Las Vegas, Nevada 89123<br>(702) 880-5554<br>(702) 385-5518 (fax)<br>Ghaines@freedomlegalteam.com<br>Gavalos@freedomlegalteam.com |
| *Attorneys for Defendant*<br>*CNU Online Holdings, LLC* | *Attorneys for Plaintiff Timothy Texeira* |

## Order

On the basis of good cause, IT IS ORDERED that the deadline for Defendant CNU Online Holdings, LLC to respond to Plaintiff Timothy Texeira's Complaint is extended up to and including March 22, 2022.

_____
United States Magistrate Judge

Dated: February 25, 2022

2