Mary E. Bacon, Esq., Bar No. 12686
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
*Attorneys for Lac du Flambeau Band of Lake Superior Chippewa Indians dba Niizhwaaswi, LLC dba Loan at Last*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY TEXEIRA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., LAC DU FLAMBEAU BAND OF LAKE SUPERIOR CHIPPEWA INDIANS DBA NIIZHWAASWI, LLC DBA LOAN AT LAST, CNU ONLINE HOLDINGS, LLC, ONE MAIN FINANCIAL, DIRETTV, LLC AT&T CORP dba AT&T UVERSE, CLARITY SERVICES LLC, BACKGROUNDCHECKS.COM, LLC<br>                    Defendant. | Civil Action No.  2:22-cv-00153-GMN-DJA<br><br>**JOINT MOTION TO EXTEND TIME FOR LAC DU FLAMBEAU BAND OF LAKE SUPERIOR CHIPPEWA INDIANS DBA NIIZHWAASWI, LLC DBA LOAN AT LAST TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Timothy Texeira ("Plaintiff") and Defendant Lac du Flambeau Band of Lake Superior Chippewa Indians dba Niizhwaaswi, LLC dba Loan at Last (the "Tribe") (together as "the Parties") hereby stipulate as follows:

1. The original deadline for the Tribe to respond to Plaintiff's Complaint was April 4, 2022.

2. The Parties previously agreed to an extension of this deadline up to and including May 4, 2022, to provide additional time for the Tribe to continue investigating the allegations in Plaintiff's complaint and for the Parties to discuss a possible resolution of Plaintiff's claims.

3. Now the Parties have agreed to, and hereby request that this Court grant, a 30 day extension to June 5, 2022 as they continue to pursue settlement negotiations.

4. The Parties have made significant progress in their efforts to settle this case and anticipate that this will be the last request for an extension.

5. The Parties agree that there is good cause for this extension as it will allow the Parties to focus their efforts on settlement, which is in their best interest and also better serves the interest of judicial efficiency.

6. This is the second request for an extension of this deadline and it is made in good faith and not for purposes of delay.

DATED: May 2, 2022.

DATED: May 2, 2022.

**SPENCER FANE LLP**

**FREEDOM LAW FIRM**

By:   /s/Mary E. Bacon
      Mary E. Bacon, Esq.
      (NV Bar No. 12686)
      300 S. Fourth Street, Suite 950
      Las Vegas, NV 89101
      *Attorneys for Lake Superior Chippewa Indians dba Niizhwaaswi, LLC dba Loan at Last*

/s/ Gerardo Avalos
George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
*Attorney for Plaintiff Timothy Texeira*

**ORDER**

   **IT IS HEREBY ORDERED** that the deadline for Defendant Lac du Flambeau Band of Lake Superior Chippewa Indians dba Niizhwaaswi, LLC dba Loan at Last to respond to Plaintiff Timothy Texeira's Complaint is extended to June 5, 2022.

DATED:  May 4, 2022

_____
UNITED STATES MAGISTRATE JUDGE

-2-

DN 6606354.1