George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorney for Plaintiff Timothy Texeira*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Timothy Texeira, | Case No.: 2:22-cv-00153-GMN-DJA |
| Plaintiff, | **Stipulation of dismissal of Clarity Services Inc. with prejudice** |
| v. | |
| National Consumer Telecom & Utilities Exchange, Inc.; Lac du Flambeau Band of Lake Superior Chippewa Indians dba ; CNU Online Holdings; DirecTV, LLC; One Main Financial Group, LLC; AT&T Corp dba AT&T uVerse; Clarity Services Inc.; Backgroundchecks.com LLC, | |
| Defendant(s). | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Timothy Texeira and Clarity Services Inc. stipulate to dismiss Plaintiff's claims against Clarity Services Inc. with prejudice.

STIPULATION                                                  - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 31, 2022.

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Timothy Texeira*

**JONES DAY**

/s/ Katherine Neben
Katherine Neben, Esq.
3161 Michelson Dr. Suite 800
Irvine, CA. 92612
*Counsel for Plaintiff Timothy Texeira*

### Order

**IT IS SO ORDERED.**

Dated this  31  day of May, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

STIPULATION - 2 -