Mary E. Bacon, Esq., Bar No. 12686
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
*Attorneys for Lac du Flambeau Band of Lake Superior Chippewa Indians dba Niizhwaaswi, LLC dba Loan at Last*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY TEXEIRA,<br><br>                    Plaintiff,<br><br>vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., LAC DU FLAMBEAU BAND OF LAKE SUPERIOR CHIPPEWA INDIANS DBA NIIZHWAASWI, LLC DBA LOAN AT LAST, CNU ONLINE HOLDINGS, LLC, ONE MAIN FINANCIAL, DIRETTV, LLC AT&T CORP dba AT&T UVERSE, CLARITY SERVICES LLC, BACKGROUNDCHECKS.COM, LLC<br>                    Defendant. | Civil Action No. 2:22-cv-00153-GMN-DJA<br><br>**JOINT MOTION TO EXTEND TIME FOR LAC DU FLAMBEAU BAND OF LAKE SUPERIOR CHIPPEWA INDIANS DBA NIIZHWAASWI, LLC DBA LOAN AT LAST TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(THIRD REQUEST)** |

Timothy Texeira ("Plaintiff") and Defendant Lac du Flambeau Band of Lake Superior Chippewa Indians dba Niizhwaaswi, LLC dba Loan at Last (the "Tribe") hereby stipulate as follows:

1. The original deadline for the Tribe to respond to Plaintiff's Complaint was May 4, 2022.

2. The current deadline for the Tribe to respond to Plaintiff's Complaint is June 5, 2022.

3. Now the Tribe and Plaintiff have agreed to a 30 day extension to **July 5, 2022** as they continue to pursue settlement negotiations.

4. The Parties have made significant progress in their efforts to settle this case and anticipate that this will be the last request for an extension.

5. The Parties agree that there is good cause for this extension.

6. This is the third request for an extension and it is made in good faith and not for purposes of delay. Rather, this extension is to allow the Parties to focus their efforts on settlement and in the interest of judicial efficiency.

DATED: June 3, 2022.                                   DATED: June 3, 2022.

    **SPENCER FANE LLP**                             **FREEDOM LAW FIRM**

By:  /s/Mary E. Bacon                                  /s/Gerardo Avalos
Mary E. Bacon, Esq.                                    George Haines, Esq.
(NV Bar No. 12686)                                     Nevada Bar No. 9411
300 S. Fourth Street, Suite 950                        Gerardo Avalos, Esq.
Las Vegas, NV 89101                                    Nevada Bar No. 15171
*Attorneys for Lake Superior*                          8985 S. Eastern Avenue, Suite 350
*Chippewa Indians dba Niizhwaaswi,*                    Las Vegas, NV 89123
*LLC dba Loan at Last*                                 *Attorney for Plaintiff Timothy Texeira*

### ORDER

**IT IS HEREBY ORDERED** that the deadline for Defendant Lac du Flambeau Band of Lake Superior Chippewa Indians dba Niizhwaaswi, LLC dba Loan at Last to respond to Plaintiff Timothy Texeira's Complaint is extended to **July 5, 2022**.

DATED: 6/7/2022

_____
UNITED STATES MAGISTRATE JUDGE