1  George Haines, Esq.
   Nevada Bar No.: 9411
2  Gerardo Avalos, Esq.
3  Nevada Bar No.: 15171
4  **FREEDOM LAW FIRM**
   8985 S. Eastern Ave., Suite 350
5  Las Vegas, Nevada 89123
6  (702) 880-5554
   (702) 385-5518 (fax)
7  Ghaines@freedomlegalteam.com
8  *Attorneys for Plaintiff Timothy Texeira*

9

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Timothy Texeira, | Case No.: 2:22-cv-00153-GMN-DJA |
| Plaintiff(s), | |
| v. | **Notice of settlement between Plaintiff and Lac du Flambeau Band of Lake Superior Chippewa Indians dba Niizhwaaswi, LLC dba Loan at Last** |
| National Consumer Telecom & Utilities Exchange, Inc.; Lac du Flambeau Band of Lake Superior Chippewa Indians dba ; CNU Online Holdings; DirecTV, LLC; One Main Financial Group, LLC; AT&T Corp dba AT&T uVerse; Clarity Services Inc.; Backgroundchecks.com LLC, | |
| Defendant(s). | |

NOTICE                              - 1 -

1  The dispute between Timothy Texeira ("Plaintiff") and Lac du Flambeau
2  Band of Lake Superior Chippewa Indians dba Niizhwaaswi, LLC dba Loan at Last
3  ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as
4  to Plaintiff's claims against Defendant within 60 days.

 Dated: June 22, 2022.

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Timothy Texeira*