

Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Timothy Texeira*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Timothy Texeira,<br><br>Plaintiff,<br><br>v.<br><br>National Consumer Telecom & Utilities Exchange, Inc., et al.<br><br>Defendants. | Case No.: 2:22-cv-00153-GMN-DJA<br><br>**Stipulation of dismissal of National Consumer Telecom & Utilities Exchange, Inc. with prejudice** |

STIPULATION         - 1 -

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Timothy Texeira and National Consumer Telecom & Utilities Exchange, Inc. stipulate to dismiss Plaintiff's claims against National Consumer Telecom & Utilities Exchange, Inc. with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: August 26, 2022.

| | |
|---|---|
| **KIND LAW** | **GREENE INFUSO, LLP** |
| /s/ Michael Kind | /s/ Michael Infuso |
| Michael Kind, Esq. | Michael Infuso, Esq. |
| 8860 South Maryland Parkway, Suite 106 | 3030 South Jones Blvd. Suite 101 |
| Las Vegas, Nevada 89123 | Las Vegas, Nevada 89146 |
| | *Counsel for National Consumer Telecom & Utilities Exchange, Inc.* |
| **FREEDOM LAW FIRM** | |
| /s/ George Haines | |
| George Haines, Esq. | |
| 8985 S. Eastern Ave., Suite 350 | |
| Las Vegas, Nevada 89123 | |
| *Counsel for Plaintiff Timothy Texeira* | |

## ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this  29  day of August, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT